Affirmed and Memorandum Opinion filed May 11, 2004









Affirmed and Memorandum Opinion filed May 11, 2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01190-CR

____________

 

ALEX NEGROTTO,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
208th District Court

Harris County,
Texas

Trial Court Cause No.
935,402

 



 

M E M O R A N D U M   O P I N I O N








Appellant entered a guilty plea to the offense of aggravated
assault causing serious bodily injury, with an affirmative finding of use of a
deadly weapon.  On October 16, 2003, in
accordance with a plea bargain agreement with the State, the trial court sentenced
appellant to confinement for thirty years in the Institutional Division of the
Texas Department of Criminal Justice.[1]  Appellant filed a timely notice of appeal,
and the trial court granted appellant permission to appeal.

Appellant=s appointed counsel filed a brief in which he concludes the
appeal is wholly frivolous and without merit. 
The brief meets the requirements of Anders v. California, 386
U.S. 738, 87 S.Ct. 1396 (1967), presenting a professional evaluation of the
record demonstrating why there are no arguable grounds to be advanced.  See High v. State, 573 S.W.2d 807
(Tex. Crim. App. 1978).

A copy of counsel=s brief was delivered to
appellant.  Appellant was advised of the
right to examine the appellate record and file a pro se response.  See Stafford v. State, 813 S.W.2d 503,
510 (Tex. Crim. App. 1991).  More than
sixty days have elapsed, and as of this date, no pro se response has been
filed.

We have carefully reviewed the record and counsel=s brief and agree the appeal is
wholly frivolous and without merit. 
Further, we find no reversible error in the record.  A discussion of the brief would add nothing
to the jurisprudence of the state.

Accordingly, the judgment of the trial court is affirmed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed May 11, 2004.

Panel consists of Chief Justice
Hedges and Justices Frost and Guzman. 

Do Not Publish C Tex. R. App. P. 47.2(b).











[1]   On the same
day, appellant was convicted by a jury of the offense of aggravated assault of
a public servant in cause number 935,401. 
He was also sentenced to confinement for thirty years in that case,
which will be served concurrently with his sentence in this case.  Appellant=s appeal
in cause number 935,401 remains pending before this court under our cause
number 14-03-01189-CR.